

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2024

No. 04-23-01063-CR

Maria Luisa **PADILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR6445
Honorable Ron Rangel, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 24, 2024.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2024.

Michael A. Cruz, Clerk of Court